IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA    §
                            §
v.                          §    CASE NUMBER 4:25-CR-00222-ALM
                            §
JARED STEVEN BUTLER         §

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
OF FACT AND RECOMMENDATION ON GUILTY PLEA**

The Court referred this matter to the United States Magistrate Judge for administration of a guilty plea under Federal Rule of Criminal Procedure 11.  The Magistrate Judge conducted a hearing in the form and manner prescribed by Rule 11 and issued Findings of Fact and Recommendation on Guilty Plea.  The Magistrate Judge recommended that the Court accept Defendant's guilty plea and adjudge Defendant guilty on Counts One, Two, and Three of the Indictment.

The parties have not objected to the Magistrate Judge's findings.

Having reviewed the Magistrate Judge's findings and recommendations, the Court hereby **ADOPTS** the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge and accepts Defendant's guilty plea.  It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the Magistrate Judge's findings, Defendant is adjudged guilty as to Count One of the Indictment, charging a violation of Title 21 U.S.C. § 841(a)(1) (Possess with Intent to Distribute or Dispense a Controlled Substance), of Count Two of the Indictment, charging a violation of Title 18 U.S.C. § 924(c) (Brandishing a Firearm in Furtherance of a Drug Trafficking Crime), and of Count Three of the Indictment, charging a violation of Title 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Felon).

**IT IS SO ORDERED.**

**SIGNED this 22nd day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE